CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES LAW OFFICES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendants, Crazy Heart Properties, LLC; Lon Lundgren

Center for Disability Access
Raymond G. Ballister, Jr., Esq.
Mark Potter, Esq.
Phyl Grace, Esq.
P. O. Box 262490
San Diego, CA  92196-2490

Attorneys for Plaintiff, Scott Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Crazy Heart Properties, LLC,** a California Limited Liability Company; **Lon Lundgren;** and Does 1-10, <br><br> Defendants. | CASE NO.  2:15-cv-02719-JAM-KJN <br><br> **STIPULATION AND PROPOSED ORDER TO SET ASIDE DEFAULT [Rule 55(c) FRCP]** |

Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, Plaintiff Scott Johnson and Defendants Crazy Heart Properties, LLC ("Crazy Heart") and Lon

Lundgren ("Lundgren") by and through their respective attorneys, Phyl Grace and Cris C. Vaughan, hereby stipulate to, and request the Court to, set aside the default that was entered by the Clerk in this matter on February 17, 2016, for good cause and to allow Defendants Crazy Heart and Lundgren to file an Answer to the Complaint within ten (10) days after entry of the Order setting aside the default.

    IT IS SO STIPULATED.

Dated: February 23, 2016            /s/ *Phyl Grace*
                                             Phyl Grace, Attorney for
                                             Plaintiff Scott Johnson

Dated: February 23, 2016

                                             /s/ *Cris C. Vaughan*
                                             Cris C. Vaughan, Attorney for
                                             Defendants, Pacheco Plaza, LLC and
                                             Sora Enterprises, Inc.

## ORDER

IT IS SO ORDERED that the Default entered in this matter on February 17, 2016 is hereby set aside and Defendants shall file an Answer to the Complaint no later than ten (10) days after this Order is filed.

Dated: February 24, 2016            /s/ John A. Mendez
                                             John A. Mendez
                                             United States District Court Judge